# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**ALFRED MCDONALD,**

　　　*Plaintiff,*

**v.**　　　　　　　　　　　　　　　　　　**Case No.: 3:26cv117-MW/HTC**

**CAPTAIN SPEARS, et al.,**

　　　*Defendants.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 9, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's federal claims are **DISMISSED with prejudice** under 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1) due to his failure to state a claim on which relief may be granted. The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims,

which are **DISMISSED without prejudice**.” The Clerk shall close the file.

**SO ORDERED on May 13, 2026.**

       **s/Mark E. Walker   **
       **United States District Judge**